No. 03–9359. HALL v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 03–9360. STURGIS v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS. C. A. 3d Cir. Certiorari denied.

No. 03–9362. ABUISO v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. 

No. 03–9363. STRINGER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 03–9368. LLOYD v. ATLANTIC RICHFIELD CO. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 03–9370. GREGORY v. SPANNAGEL ET UX. Sup. Ct. Mont. Certiorari denied. 

No. 03–9372. HOLDEN v. INDIANA. Sup. Ct. Ind. Certiorari denied. 

No. 03–9378. HERNANDEZ-HERNANDEZ v. HILL, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied. 

No. 03–9380. ADAMS v. MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 03–9385. DEBEJARE v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied. 

No. 03–9390. ABU-JAMAL, AKA COOK v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 03–9393. REED v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–9400. WHITFIELD v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 03–9404. LILES v. PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.